IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-C-0301-C |
| ROBERT T. & SUSAN K. HARTFORD, | ) |
| Defendant, | ) |
| and | ) |
| LANDS' END INC., | ) |
| Garnishee Defendant. | ) |

**ORDER GRANTING APPLICATION FOR
WRIT OF GARNISHMENT**

Upon reviewing the application for writ of garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of garnishment to the garnishee defendant, and its successors or assigns.

Entered this 25th day of February 2008.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge